FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Andre Moore<br><br>Defendant. | Case No. CR 10-1377 SVW<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A. ☒ the appearance of the defendant as required; and/or

B. ☒ the safety of any person or the community.

The Court concludes that:

A. [✓] Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

ALLEGATION OF TRAVEL w/o PERMISSION

B. [✓] Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

NEW CRIMINAL CONDUCT

IT IS ORDERED that defendant be detained.

DATE: 12/6, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE